# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-41243

**MONICA WILSON,**

Petitioner-Appellee,

v.

**COREY ARAGON,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Debra Ramirez, District Court Judge**

Monica Wilson
Albuquerque, NM

Pro Se Appellee

Corey Aragon
Albuquerque, NM

Pro Se Appellant

## MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. Accordingly, we rely on the reasoning contained in our notice of proposed disposition. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**SHAMMARA H. HENDERSON, Judge**

**KATHERINE A. WRAY, Judge**